# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE MOULE, dba NORTHWEST METROLOGY,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE CO.,<br><br>          Defendant. | Case No.: 1:16-cv-00102-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 27) |

On July 5, 2017, the parties notified the Court that the "parties recently reached a settlement in principle that would fully resolve the claim in this matter. The parties are in the process of memorializing the terms of the settlement and will submit a subsequent joint status report informing the Court that a final settlement has been reached." (Doc. 27) However, a month has passed and the parties have offered no further reports. Thus, the Court **ORDERS**:

1. **No later than September 8, 2017**, the parties **SHALL** file their stipulated request for dismissal.

IT IS SO ORDERED.

    Dated: **August 10, 2017**          **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE