| | |
|---|---|
| 1 | GREGORY B. KOLTUN (CA SBN 130454)<br>GKoltun@mofo.com |
| 2 | NILES A. PIERSON (CA SBN 307115)<br>NPierson@mofo.com |
| 3 | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard |
| 4 | Los Angeles, California 90017-3543<br>Telephone: 213.892.5200 |
| 5 | |
| 6 | CAITLIN SINCLAIRE BLYTHE (CA SBN 265024)<br>CBlythe@mofo.com |
| 7 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 8 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 9 | Attorneys for Defendant<br>UNITED PARCEL SERVICE CO. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE MOULE DBA NORTHWEST METROLOGY,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE CO., WHICH WILL DO BUSINESS IN CALIFORNIA AS UNITED PARCEL SERVICE CO. (AIR); DOES 1 through 50, Inclusive,<br><br>      Defendants. | Case No. 1:16-cv-00102 JLT<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**<br>(Doc. 29) |

STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER
Case No. 1:16-cv-00102 JLT

sf-3820578

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | **STIPULATION**                                                                      |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Wayne Moule, doing business as Northwest Metrology, and Defendant United Parcel Service Co., by and through their undersigned counsel, stipulate to dismiss this action in its entirety with prejudice. Each party shall bear his or its own costs and expenses, including attorneys' fees.

Dated: September 6, 2017         MORRISON & FOERSTER LLP

By: */s/ Caitlin Sinclaire Blythe*
      CAITLIN SINCLAIRE BLYTHE

*Attorneys for Defendant*
UNITED PARCEL SERVICE CO.

Dated: September 6, 2017         LAW OFFICE OF RANDY RUMPH

By: */s/ Randy Rumph* (as authorized on 9/6/2017)
      RANDY RUMPH

*Attorney for Plaintiff*
WAYNE MOULE DBA NORTHWEST METROLOGY

IT IS SO ORDERED.

    Dated:   **September 6, 2017**          **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE